# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAPPHIRE DOLPHIN LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 14-285-SLR-SRF |
| IMATION CORPORATION, | ) ) ) |
| Defendants. | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Sapphire Dolphin LLC ("Plaintiff") and Defendant Imation, Corp. ("Defendant"), by and through their undersigned counsel, and subject to the approval of the Court, that pursuant to Fed. R. Civ. P. 41(a)(1), all claims and counterclaims asserted in this action between Plaintiff and Defendant in the above captioned matter are hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees incurred in this action.

| | |
|---|---|
| BAYARD, P.A. | DORSEY & WHITNEY (DELAWARE) LLP |
| */s/ Vanessa R. Tiradentes* | */s/ Alessandra Glorioso* |
| Richard D. Kirk (rk0922) | Robert W. Mallard (DE Bar No. 4279) |
| Stephen B. Brauerman (sb4952) | Alessandra Glorioso (DE Bar No. 5757) |
| Vanessa R. Tiradentes (vt5398) | 300 Delaware Avenue, Suite 1010 |
| Sara E. Bussiere (sb5725) | Wilmington, DE 19801 |
| 222 Delaware Avenue, Suite 900 | (302) 425-7171 |
| P.O. Box 25130 | mallard.robert@dorsey.com |
| Wilmington, DE 19899-5130 | glorioso.alessandra@dorsey.com |
| (302) 655-5000 | |
| rkirk@bayardlaw.com | |
| sbrauerman@bayardlaw.com | *Attorneys for Defendant Imation Corp.* |
| vtiradentes@bayardlaw.com | |
| sbussiere@bayardlaw.com | |
| | |
| *Attorneys for Plaintiff* | |
| *Sapphire Dolphin LLC* | |

Dated: January 14, 2015

      SO ORDERED this ___ day of _____, 2015.

                                                                 _____
                                                                  United States District Judge